IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

RICKIE GREEN,
ADC #117055                                                              PLAINTIFF

v.                                      2:06CV00136 SWW

LARRY NORRIS, et al.                                                    DEFENDANTS

JUDGMENT

Pursuant to the  Order entered in this matter on this date, it is Considered, Ordered, and

Adjudged that this case be, and it is hereby, DISMISSED with prejudice.  The relief sought is denied.

IT IS SO ADJUDGED this 17th day of January 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE